**Annette Y. CRABTREE, Respondent,**

v.

**Stanley J. CRABTREE, Appellant.**

**No. WD 40939.**

Missouri Court of Appeals,
Western District.

June 27, 1989.

George A. Wheeler, Kansas City, for appellant.

Stephen W. Lynn, Kansas City, for respondent.

Before KENNEDY, C.J., and TURNAGE and GAITAN, JJ.

ORDER

PER CURIAM:

Appeal from denial of motion to modify child support provisions of dissolution of marriage decree.

Affirmed. Rule 84.16(b).